### 3603.   COLLIER *v.* THE STATE.

HILL, C. J. No error of law is assigned, and there were circumstances from which the jury might have reasonably inferred that the accused was guilty as charged.                    *Judgment affirmed.*

DECIDED OCTOBER 10, 1911.

Accusation of sale of liquor; from city court of Macon—Judge Hodges. June 24, 1911.

*Jesse Harris,* for plaintiff in error.

*Walter J. Grace, solicitor,* contra.

---

### 3607.   SUGGS *v.* THE STATE.

POWELL, J. 1. The evidence is sufficient to authorize the conviction.

2. In the absence of written request, it is not reversible error for the court to fail to charge on the subject of impeachment of witnesses.

3. Where the question as to whether a person was or was not drunk at sundown on a given day was in issue, it was not error to admit testimony that he "seemed to be drinking" at about half past 2 o'clock that afternoon.                    *Judgment affirmed.*

DECIDED OCTOBER 10, 1911.

Conviction of manslaughter; from Miller superior court—Judge Worrill. June 24, 1911.

*P. D. Rich,* for plaintiff in error.

*J. A. Laing, solicitor-general, R. R. Arnold, W. I. Geer,* contra.